# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Case No. BKY 93-33701

**INNCO INC**

Debtor(s)                                                                                       Chapter 7 Case

## ORDER FOR CHECK TO BE ISSUED FROM REGISTRY FUND ACCOUNT

On **FEBRUARY 7, 2005**, the sum of **$2,511.33** was deposited into the Registry Fund Account of the Clerk of the United States Bankruptcy Court as an uncashed dividend check payable to **HORIZON CHEMICAL CO INC** at **13800 24TH AVE N, PLYMOUTH MN 55441-3696**.

A request for said payment has now been made by **HORIZON CHEMICAL CO INC**.

IT IS THEREFORE ORDERED:

That the Clerk of the United States Bankruptcy Court authorize the issuance of an appropriate remittance from the Registry Fund Account by the Treasury, in the sum of **$2,511.33** payable to **HORIZON CHEMICAL CO INC** at **C/O THE LOCATOR SERVICES GROUP, 316 NEWBURY ST STE 32, BOSTON MA 02115**.

Dated: _July 6, 2005_

/E/ Gregory G. Kishel

United States Bankruptcy Judge

178-1

| NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT |
|---|
| Filed and docket entry made on ___July 6, 2005___ |
| Lori Vosejpka, Clerk, by ___jrb___ |

02/15/93;0105.